UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **THE TORO COMPANY**, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-CV-1835 MJD/SRN |
| v. | ) ) | |
| **TEXTRON, INC.**, a Delaware Corporation, and | ) ) ) | |
| **JACOBSEN, A TEXTRON COMPANY**, a Division of Textron, Inc., | ) ) ) | |
| **TEXTRON INNOVATIONS, INC.**, a Delaware Corporation, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Pursuant to the foregoing Stipulation (Document No. 38), it is hereby Ordered that the caption in Civil Action No. 05-CV-1835 MJD/SRN be amended to reflect the Order dismissing Textron Innovations, Inc., from this action. The new caption to be used by the parties is attached hereto as Exhibit A.

Dated: February 3, 2006.              s/ Michael J. Davis
                                       Michael J. Davis
                                       United States District Court Judge