UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| THE TORO COMPANY, | Civil No. 05-CV-1835 (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| TEXTRON, INC., et al., | |
| Defendants. | |

---

The Court has been advised that this action has been settled, and therefore

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party, with the Court maintaining jurisdiction for 45 days to permit any party to submit a stipulated form of final judgment or to move to reopen the action for good cause.

Dated: February 26, 2010     s/Patrick J. Schiltz
                             Patrick J. Schiltz
                             United States District Judge